UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAQUES HALL, | |
| Petitioner, | Civil Action No. 21-701 (MAS) |
| v. | |
| THE UNITED STATES OF AMERICA, | MEMORANDUM ORDER |
| Respondent. | |

This matter comes before the Court on Petitioner Taques Hall's newly-filed motion through which he seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c) based on his family circumstances. (ECF No. 38.) Motions seeking a reduction of sentence pursuant to 18 U.S.C. § 3582(c) may not be brought in a habeas matter, such as this § 2255 proceeding, but must instead be filed in the movant's criminal matter before the sentencing court. *See, e.g., United States v. Raia*, 954 F.3d 594, 595-96 (3d Cir. 2020); *Gregory v. Grondolsky*, 365 F. App'x 326, 237 (2010). Petitioner's motion is thus improperly filed and shall be dismissed without prejudice as such. Petitioner is free to refile the motion in his underlying criminal matter, under criminal docket number 19-471.

IT IS THEREFORE, on this 27th day of March, 2025, **ORDERED** that:

1. The Clerk of the Court shall re-open this matter for the purposes of this Order only;

2. Petitioner's motion to reduce his sentence (ECF No. 38) is **DISMISSED WITHOUT PREJUDICE** as improperly filed in this habeas matter;

3. To the extent Petitioner wishes to pursue his argument under § 3582(c), he must do so by filing an appropriate motion in his underlying criminal matter, Docket Number 19-471; and

4. The Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail, and shall **CLOSE** the file.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**